# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-30565
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Trevor Lee,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:21-CR-221-1

---

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Trevor Lee appeals his conviction for possessing a firearm in furtherance of a drug trafficking offense and possessing a firearm as a convicted felon, arguing that the district court erred by denying his motion to suppress evidence after holding a hearing. The sole issue raised on appeal is whether the district court clearly erred in crediting Shreveport Police

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30565

Department Officer Bryant's testimony that he observed Lee's vehicle operating at night without activated taillights and while speeding prior to initiating the traffic stop. "A finding is clearly erroneous only if the court is left with a definite and firm conviction that a mistake has been committed." *United States v. Ortiz*, 781 F.3d 221, 226 (5th Cir. 2015) (quotation omitted). This "standard is particularly deferential where denial of the suppression motion is based on live oral testimony because the judge had the opportunity to observe the demeanor of the witnesses." *Id.* (citation modified). Given the deferential standard of review, Lee fails to show the district court committed clear error by crediting Officer Bryant's live testimony.

AFFIRMED.